In the Matter of the Accounting of THE FARMERS'
LOAN AND TRUST COMPANY, as Temporary Adminis-
trator of the Estate of CAROLINE A. BRUNDAGE,
Deceased, and of NATHAN A. SEAGLE et al., as Executors
of and Trustees under the Will of Said Deceased,
Respondents.

WILLIAM H. YOUNG et al., Appellants.

*Matter of Farmers Loan & Trust Co.*, 186 App. Div. 722, modified.
(Argued May 21, 1919; decided June 3, 1919.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered March 7, 1919, which affirmed a decree of
the New York County Surrogate's Court settling the
accounts of the temporary administrator, executors and
trustees of Caroline A. Brundage, deceased, and con-
struing the will of said deceased.

*John J. Crawford* and *David B. Simpson* for appellants.
*Frederick Geller* and *C. Alexander Capron* for
respondents.

*Per Curiam.*   It is unnecessary at this time to decide
whether the practical operation of the general plan of
distribution of the remainder of the trusts created by
the seventh clause of the will which was adopted by
the surrogate may unlawfully suspend the power of
alienation. Contingencies that may never arise need
not now be considered. The order and decree should be
modified by striking out the general directions in relation
to the future disposition of such trust funds upon the
death of the life beneficiaries other than Mary E. Taylor,
deceased, and, as so modified affirmed, with one bill of
costs to each set of parties appearing on the argument
herein by separate counsel, payable out of the estate.

HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO,
POUND, CRANE and ANDREWS, JJ., concur.

Ordered accordingly.